202 So.2d 649

**AMERICAN INSURANCE COMPANY**

v.

**HARTFORD ACCIDENT & INDEMNITY COMPANY et al.**

No. 48811.

Sept. 29, 1967.

Writ refused. Since the claim against applicant has been dismissed by a final judgment sustaining a plea of prescription, all other issues presented in this litigation are moot. Hence, the opinion of the Court of Appeal on rehearing cannot be regarded as authoritative; it is purely an advisory view given on an abstract proposition in which the then opposing parties had no pending justiciable interest.